UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

**STEPHON L. TRAMBER**                                                                              **PLAINTIFF**

v.                                              **CIVIL ACTION NO. 4:08CV-P114-M**

**JACK JONES** *et al.*                                                     **DEFENDANTS**

## MEMORANDUM OPINION

This matter is before the Court on Defendants' motion to dismiss for failure to prosecute under Fed. R. Civ. P. 41(b) (DN 18). Upon review of the record, the Court will grant the motion.

Plaintiff filed this 42 U.S.C. § 1983 action on September 3, 2008, while an inmate at the Fulton County Detention Center. By Order entered January 5, 2009, the Court allowed Plaintiff's action to proceed for further development. The Court also set various pretrial deadlines. Plaintiff has not complied with any of the deadlines set forth in the Court's Order. In fact, Plaintiff has not taken any action in this case since filing his original complaint almost a year ago. Defendants have also notified the Court that their mailings to Plaintiff have been returned to sender by the United States Postal Service indicating that Plaintiff has changed his address yet failed to notify either the Court or Defendants of the change.

The Court finds that for all intents and purposes Plaintiff has abandoned any interest in prosecuting this action, warranting dismissal of his claims against Defendants. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Knoll v. Am. Tel. & Tel. Co.*, 176 F.3d 359, 363 (6th Cir. 1999) ("[A] case is properly dismissed by the district court where there is a clear record of delay or contumacious conduct.").

Consequently, the Court will, by separate Order, grant Defendants' motion to dismiss

this action.

Date:

cc:     Plaintiff, *pro se*
        Counsel of record

4414.008